**ELLIOT S. ISAAC, P.C. (013882)**
**14820 North Cave Creek Road, #3**
**Phoenix, Arizona 85032**
**Telephone: (602) 404-0099**
**elliot.isaac@azbar.org**
**Attorney for Absolut Restoration, LLC; Laurie Jones;**
**and Frank Jones**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,** | No. CV2010-00737- PHX-GMS |
| **Plaintiff,** | |
| **v.** | **ANSWER** |
| **ABSOLUT RESTORATION, LLC; an Arizona Limited Liability Company; LAURIE JONES, an individual; FRANK JONES, an individual,** | |
| **Defendants.** | |

Defendants hereby answer the Complaint as follows:

1.  Admit.

2(a).  Deny.

2(b).  Deny.

2(c).  Deny the first sentence. Lack sufficient information as to second sentence and therefore deny. Deny remaining allegations.

3.  Deny.

4.  Admit

5.  Deny.

6.  Deny.

7.  Deny.

**AFFIRMATIVE DEFENSES**

8. Defendants assert the following affirmative defenses: laches, unclean hands, statute of limitations.

9. The Complaint fails to state a claim upon which relief may be granted.

10. Defendants reserve the right to assert other affirmative defenses as they are learned during discovery.

WHEREFORE, defendants requests the following:

A. That the Complaint be dismissed with prejudice and defendant take nothing;

B. For costs and attorneys' fees incurred pursuant to A.R.S. section 12-341.01 or any other applicable cost and fee recovery statutes;

C. For such other relief as the Court deems just and proper.

Dated: 21 May 2010.

> Elliot S. Isaac, P.C.
> 14820 N. Cave Creek Road, #3
> Phoenix, AZ 85032
> Attorney for Defendants
> By: /s/ Elliot S. Isaac
>       Elliot S. Isaac

Copy electronically transmitted to the
Clerk's Office using the CM/ECF System
and transmitted to:

Lawrence Brewster
David M. Kahn
Andrew Schultz
U.S. Department of Labor
Office of the Solicitor
90 7th Street
Suite 3-700
San Francisco, CA 94103

/s/ Elliot S. Isaac