# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF ARIZONA

| | |
|---|---|
| Hilda Solis, Secretary of Labor, United States Department of Labor, | ) Case No. CV-10-737-PHX-GMS |
| | ) |
| | ) **CONSENT JUDGMENT** |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| Absolut Restoration LLC, an Arizona limited liability company; Laurie Jones, an individual; Frank Jones, an individual, | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pending before the Court is the parties' Stipulation for Consent Judgment (Doc. 21). Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor, having filed her Complaint, and Defendants, Absolut Restoration LLC, Laurie Jones, and Frank Jones, having appeared through counsel, having answered the Complaint, and having been duly advised on the proceedings, and having agreed to the entry of this Consent Judgment in settlement of this case without contest.

Having reviewed the Consent Findings, signed by the Parties and filed herein, and good cause appearing therefore,

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1.     The previously described Consent Findings are incorporated herein and are hereby approved and made a part of this Consent Judgment;

2.     Defendants ABSOLUT RESTORATION LLC, and LAURIE JONES, their officers, agents, servants, employees, and all persons in active concert or participation with them be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. §§ 215(a)(2) and 215(a)(5), in any of the following manners:

    a.     Defendants ABSOLUT RESTORATION LLC and LAURIE JONES shall not, contrary to sections 6 and 15(a)(2) of the Act, pay any of their employees who in any workweek are engaged in commerce or in the production of goods for commerce or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, wages at a rate less than $7.25 per hour (or at a rate less than such other applicable minimum rate as may hereinafter be established by amendment to the Act).

    b.     Defendants ABSOLUT RESTORATION LLC and LAURIE JONES shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any of their employees who in any workweek are engaged in commerce or the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty hours, unless such employee receives compensation for his employment in excess of forty hours at a rate not less than one and one-half times the regular rates at which he is employed.

1      c.    Defendants ABSOLUT RESTORATION LLC and LAURIE
2 JONES shall not fail to make, keep and preserve records of their employees and of
3 the wages, hours, and other conditions and practices of employment maintained by
4 them as prescribed by the regulations issued, and from time to time amended,
5 pursuant to section 11(c) of the Act and found in 29 C.F.R. Part 516, including the
6 requirement to make, keep and preserve records of the time each employee starts
7 and ends work each day.

8      d.    All actions by Defendant LAURIE JONES alleged in the
9 Complaint were undertaken while married to Defendant FRANK JONES and were
10 intended to benefit the marital community.

11      3.    Defendants ABSOLUT RESTORATION LLC and LAURIE JONES
12 shall not request, solicit, suggest, or coerce, directly, or indirectly, any employee to
13 return or to offer to return to the defendants or to someone else for the defendants,
14 any money in the form of cash, check, or any other form, for wages previously due
15 or to become due in the future to said employee under the provisions of this
16 judgment or the Act; nor shall defendants accept, or receive from any employee,
17 either directly or indirectly, any money in the form of cash, check, or any other
18 form, for wages heretofore or hereafter paid to said employee under the provisions
19 of this judgment or the Act; nor shall defendants discharge or in any other manner
20 discriminate, nor solicit or encourage anyone else to discriminate, against any such
21 employee because such employee has received or retained money due to him from
22 the defendants under the provisions of this judgment or the Act.

23      4.    Defendants ABSOLUT RESTORATION LLC, and LAURE JONES,
24 shall pay to the Plaintiff the sum of $55,000.00, which represents the unpaid
25 overtime compensation hereby found to be due, for the period November 1, 2006,

through November 1, 2008, plus $50.75 in post-judgment interest, to the present and former employees named in Exhibit A, attached hereto and made a part hereof, in the amounts set forth therein, less deductions for employees' share of social security and withholding taxes.

5. The amounts described in paragraph 4 shall be paid in four installments as follows:

| | |
|---|---|
| Down payment due ten days from date of entry of Decree: | $20,000 |
| February 1, 2011 | $12,000 |
| May 1, 2011 | $12,000 |
| August 1, 2011 | $11,050.75 |

6. The provisions of paragraphs 4 and 5 of this Consent Judgment will be deemed satisfied by Defendants ABSOLUT RESTORATION LLC and LAURIE JONES delivering to Plaintiff's representative the following within ten days of entry of the Consent Judgment:

a. A schedule in duplicate showing the name, last known address, social security number, gross amount of wages due, amounts deducted from gross wages for each employee's share of social security and withholding taxes, and the net amount of such payment for each employee named in Exhibit A.

b. Payments shall be in the form of a certified or cashiers check made payable to the order of the "Wage and Hour Div., Labor" and equal to the total net amount due each such employee after deducting the amount of legal deductions as listed on the schedule referred to in subparagraph (a) above from the gross amount of wages as listed opposite each employee's name in Exhibit A attached.

c.     The payment shall be made by mailing such check by certified mail with the schedule hereinbefore described to the United States Department of Labor, Wage and Hour Division, Phoenix District Office, Federal Building & Courthouse, 230 N. First Street, Suite 402, Phoenix, Arizona 85025.

d.     Should the Defendants ABSOLUT RESTORATION LLC and LAURIE JONES fail make the aforesaid payments set forth above within ten days of the entry of the Consent Judgment, the entire amount of the balance of unpaid compensation remaining shall become due without further notice by Plaintiff to Defendants, and that amount shall be subject to post-judgment interest at the rate of ten percent per annum.

6.     The amounts so paid shall be used by the Secretary to satisfy the obligations imposed under the provisions of Section 16(c) of the FLSA, 29 U.S.C. § 216(c), and shall be distributed to the employees named and in the amount set forth in Exhibit A to this Consent Judgment (or to their heirs or estates).  Any monies not distributed by the Wage and Hour Division because of a failure to locate an employee or because of an employee's refusal to accept said distribution shall be deposited with the Treasurer of the United States, pursuant to 28 U.S.C. § 2041.

7.     Further, the filing, pursuit, and/or resolution of this proceeding with the filing of the Consent Findings and this Consent Judgment shall not act as or be asserted as a bar to any action under Section l6(b) of the FLSA, 29 U.S.C. § 216(b), as to any employee not named on the Exhibit A attached to this Consent Judgment and incorporated hereto by reference, nor as to any employee named on the Exhibit A for any period not specified herein for the back wage recovery provisions.

1       8.     Each party shall bear all fees, including attorneys' fees, and other expenses (including court costs) incurred by such party in connection with any stage of this proceeding to date.

Dated this 20th day of January, 2011.

_____
G. Murray Snow
United States District Judge

EXHIBIT A

| Employee | Back Wages | Post-judgment Interest | TOTAL |
|---|---|---|---|
| ACEVES, ALMA | $181.70 | $0.17 | $181.86 |
| ALARCON, MARIA | $2,779.88 | 2.57 | $2,782.45 |
| ALVAREZ, JOSE | $324.32 | $0.30 | $324.62 |
| ARIZMENDI, ENRIZUE | $32.76 | $0.03 | $32.79 |
| BERNAL, JOSE MC | $405.63 | $0.37 | $406.01 |
| CALDERON, EDGAR | $104.19 | $0.10 | $104.29 |
| CAMPOS, FRANCISCO | $81.51 | $0.08 | $81.59 |
| CANO, RUDOLPH | $521.00 | $0.48 | $521.48 |
| CELAYA, MARCO | $71.96 | $0.07 | $72.02 |
| CHACON, CRISTOBAL | $2,609.27 | 2.41 | $2,611.68 |
| CORONADO, LORENA | $711.07 | $0.66 | $711.73 |
| DELGADO, ARMIDA | $3,140.26 | 2.90 | $3,143.16 |
| DIAZ, DEGOBERTO | $57.13 | $0.05 | $57.18 |
| ESPINOZA, ROSA | $143.19 | $0.13 | $143.32 |
| FIERRO ESCARREJA, MERCEDES | $546.10 | $0.50 | $546.60 |
| FILLMORE, SAMANTHA | $130.31 | $0.12 | $130.43 |
| FILLMORE, STEVE | $144.70 | $0.13 | $144.83 |
| FRANCO, SANDRA | $154.46 | $0.14 | $154.60 |
| FUENTES, ALDO | $136.29 | $0.13 | $136.42 |
| GALARZA, ANGELICA | $31.60 | $0.03 | $31.62 |
| GASTELUM, FRANCISCO | $122.85 | $0.11 | $122.97 |
| GOMEZ, ANA | $402.80 | $0.37 | $403.17 |
| GOMEZ, JOSE | $64.05 | $0.06 | $64.11 |
| GOMEZ, PATRICIA | $394.83 | $0.36 | $395.19 |
| GONZALES, DANIEL | $143.38 | $0.13 | $143.51 |
| GONZALES, MAIRA | $92.34 | $0.09 | $92.43 |
| GONZALES, NORHA | $173.71 | $0.16 | $173.87 |
| GONZALES MARTINEZ, HIRASEMA | $203.83 | $0.19 | $204.01 |
| GUILLEN, BEATRIZ | $3,496.68 | 3.23 | $3,499.91 |
| HERENAS, ALBERTO | $3,219.49 | 2.97 | $3,222.46 |
| HERNANDEZ, DANNY | $143.99 | $0.13 | $144.12 |
| HERNANDEZ, FILIBERTO | $407.17 | $0.38 | $407.54 |
| HERNANDEZ, JUAN | $450.90 | $0.42 | $451.32 |
| LAFROMBOISE, AARON | $27.97 | $0.03 | $27.99 |
| LAVANDERA, BRUNO | $200.80 | $0.19 | $200.99 |
| LITE, KARA | $782.29 | $0.72 | $783.01 |
| LOPEZ, CONCEPCION | $323.02 | $0.30 | $323.31 |
| LOPEZ, MARCELLO | $629.28 | $0.58 | $629.86 |
| LOPEZ, OLIVIA | $147.54 | $0.14 | $147.68 |
| LOPEZ, SOFIA | $43.62 | $0.04 | $43.66 |
| LOWERY, SUSANA | $1,385.34 | $1.28 | $1,386.62 |
| MADERSO, ESTEBAN | $664.62 | $0.61 | $665.24 |
| MARDUENO, LUIS | $325.04 | $0.30 | $325.34 |
| MARIN, GLORIA | $220.82 | $0.20 | $221.02 |
| MARTINEZ, ENRIQUE | $1,833.33 | 1.69 | $1,835.02 |

7

| | | | |
|---|---|---|---|
| MOORE, JEREMIAH | $37.92 | $0.03 | $37.95 |
| MORALES, KARLA | $1,268.17 | $1.17 | $1,269.34 |
| MORVA, MICHAELA | $60.03 | $0.06 | $60.09 |
| MUNGUIA, SERGIO | $3,044.77 | $2.81 | $3,047.58 |
| MURILLO, MARIA | $125.71 | $0.12 | $125.82 |
| NAVA, BERNICE | $87.01 | $0.08 | $87.09 |
| NAVA, JUAN | $254.20 | $0.23 | $254.43 |
| NAVAL, JAVIER | $304.90 | $0.28 | $305.18 |
| OSUNA, SONIA | $778.12 | $0.72 | $778.84 |
| PASTIAN, CHRISTINE | $66.89 | $0.06 | $66.95 |
| PERES, EDGAR | $1,875.02 | $1.73 | $1,876.75 |
| QUIROZ GALVAN, JOSE | $98.27 | $0.09 | $98.36 |
| RAMIREZ, SANDRA | $25.36 | $0.02 | $25.39 |
| RAMOS, BASILIO | $242.25 | $0.22 | $242.47 |
| RAYGOZA, OSCAR | $207.29 | $0.19 | $207.48 |
| REYES, LIZETH | $30.06 | $0.03 | $30.09 |
| RIOS, GRISELDA | $1,257.45 | $1.16 | $1,258.61 |
| RIVERA ALVAREZ, CARLOS | $79.74 | $0.07 | $79.81 |
| ROBLES, MARIA | $1,116.98 | $1.03 | $1,118.01 |
| RODRIGUEZ, LISA | $26.96 | $0.02 | $26.98 |
| ROGEL, RODOLFO | $325.36 | $0.30 | $325.67 |
| ROSALES, NANCY | $277.64 | $0.26 | $277.89 |
| RUIZ, CARLOS | $3,291.28 | $3.04 | $3,294.32 |
| RUIZ, CLAUDIA | $3,310.51 | $3.05 | $3,313.56 |
| RUIZ, MIRIAM | $1,574.68 | $1.45 | $1,576.14 |
| RUSO, CARLOS | $30.32 | $0.03 | $30.35 |
| SALAZAR, ANTELMA | $28.86 | $0.03 | $28.88 |
| SANCHEZ, SALVADOR | $1,039.54 | $0.96 | $1,040.50 |
| SOLORIO, ADRIANA | $2,128.90 | $1.96 | $2,130.87 |
| STAPLEFORD, KENNETH | $417.34 | $0.39 | $417.72 |
| TORRE, GEORGINA | $82.71 | $0.08 | $82.79 |
| TORRES, FRANCISCO | $34.71 | $0.03 | $34.74 |
| TORRES, MARIA | $672.60 | $0.62 | $673.22 |
| TORRES, MARICRUZ | $2,228.27 | $2.06 | $2,230.32 |
| TRUJILLO, ESTEBAN | $28.98 | $0.03 | $29.00 |
| URIOSTGUI, JUAN | $81.18 | $0.07 | $81.25 |
| VALENZUELA, SANDRA | $122.80 | $0.11 | $122.91 |
| VIYALOVOS, CARIA | $45.50 | $0.04 | $45.54 |
| WAYLAND, KRISTEN | $84.71 | $0.08 | $84.79 |
| TOTAL | $55,000.00 | $50.75 | 55,050.75 |